IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COASTAL DEVELOPMENT CONSTRUCTION CORP. AND RYAN ANDERSON, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No. 1:23-cv-03487-LMM |
| v. | ) ) | |
| UNITED ACQUISITIONS, LLC, CMP REALTY INC. AND TYLER TERRELL WILLIAMS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION TO REOPEN CLOSED CIVIL ACTION AND MOTION TO COMPEL POST-JUDGMENT DISCOVERY

COME NOW COASTAL DEVELOPMENT CONSTRUCTION CORP. AND RYAN ANDERSON, Plaintiffs in the above-styled civil action and request this Honorable Court re-open this closed civil action for the purpose of compelling Defendants' post-judgment discovery responses in aid of execution.

### Background

This civil action was filed on August 4, 2023 to confirm a Final Arbitration Award (dated June 6, 2023) pursuant to 9 U.S.C. § 9. [Doc. 1]. On October 16, 2023, the Court entered an Order granting Plaintiffs' Motion for Confirmation of the Final Arbitration Award and Entry of Final Judgment [Doc. 9] against

Defendants. [Doc. 10]. In its Order, the Court confirmed that Plaintiffs were entitled to a judgment against Defendants, jointly and severally, in the amount of $248,500.00 plus $41,442.31 in attorneys' fees, for a total judgment in the amount of of $289,942.31. At that time, the Court also directed the clerk to close this case. On October 16, 2023, the Clerk entered judgment against the Defendants. [Doc. 11]. Since then, Defendants have failed to satisfy the Final Arbitration Award or this Court's Judgment.

On June 13, 2024, Plaintiff served Post Judgment Interrogatories, Request for Production of Documents in Aid of Execution and a Notice of Post-Judgment Deposition and Request for Production of Documents upon Defendants/Judgment Creditors Tyler Terrell Williams (Exhibit A), upon CMP Realty, Inc. (Exhibit B) and upon United Acquisitions, LLC (Exhibit C). The Defendants/Judgment Creditors neither responded to any of the written post-judgment discovery nor did they appear for their noticed post-judgment depositions on July 31, 2024.

On August 2, 2024, having received no response from any of the Defendants/Judgment Creditors (or any appearance in response to the Notice of Post-Judgment Depositions), Plaintiffs' counsel corresponded with Defendants/Judgment Creditors in a good-faith effort to get them to comply with their obligations under Rule 69. (Exhibit D). Plaintiffs' good-faith efforts were unsuccessful.

2

**Argument and Citation of Authority**

Fed.R.Civ.P. 69(a)(2) provides, in pertinent part, that in aid of the judgment or execution, the judgment creditor may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located. Fed.R.Civ.P. 37(d)(1)(A) provides the Court may order sanctions if (ii) a party, after being properly served with interrogatories under Rule 33 or a request for inspection under Rule 34, fails to serve its answers, objections, or written response. Fed.R.Civ.P. 37(d)(3) authorizes various forms of sanctions for a party who fails to respond, including reasonable attorney's fees.

Accordingly, because Defendants/Judgment Creditors neither responded in any way to Plaintiffs' written post-judgment discovery nor did they appear for their noticed post-judgment depositions, Plaintiffs respectfully requests this Court:

(a) re-open this civil action, and

(b) pursuant to Fed.R.Civ.P. 69(a)(2), GRANT Plaintiffs' motion compelling Defendants to respond to Plaintiffs' written post-judgment discovery, to produce responsive documents, to appear for post-judgment depositions and for reasonable attorney's fees pursuant to Fed.R.Civ.P. 37(d)(3).

This 8th day of August 2024.

                                              Respectfully submitted,

                                              */s/ Dean R. Fuchs*
                                              DEAN R. FUCHS
                                              Georgia Bar No. 279170

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia  30303
Telephone: (404) 688-6800
Email:  d.fuchs@swtwlaw.com

                                            Attorney for Plaintiffs

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and that I have this day served a copy of the within and foregoing **PLAINTIFF'S MOTION TO REOPEN CASE AND MOTION TO COMPEL POST-JUDGMENT DISCOVERY RESPONSES FROM DEFENDANTS** by using the court's CM/ECF electronic filing system, which will automatically cause it to be electronically served on all parties or counsel of record.

This 8th day of August 2024.

                                              */s/ Dean R. Fuchs*
                                              DEAN R. FUCHS

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, GA 30303
(404) 688-6800 telephone
E-mail: d.fuchs@swtwlaw.com